UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

NATASHA J. RYAN,

Plaintiff,

v.

USPS TURLOCK,

Defendant.

Case No. 1:26-cv-09111-JLT-HBK

ORDER TRANSFERRING CASE TO SACRAMENTO DIVISION AND CLOSING CASE IN THE FRESNO DIVISION

Plaintiff Natasha J. Ryan, proceeding pr se, commenced this action on November 4, 2026, by filing a civil complaint. (*See* Doc. 1, "Complaint"). Plaintiff accompanied her Complaint with an application to proceed *in forma pauperis*. (Doc. 2).

Under 28 U.S.C. § 1391(b)(2), a civil action generally may be brought in the judicial district where "a substantial part of the events or omissions giving rise to the claim occurred." The events giving rise to Plaintiff's claims occurred in Turlock, California, which is in Stanislaus County. Under Local Rule 120(d), this action therefore should have been filed in the Sacramento Division of this Court.

Accordingly, in the interests of justice, the Court will transfer this action to the Sacramento Division pursuant to 28 U.S.C. § 1406(a) and Local Rule 120(f).

Accordingly, IT IS ORDERED:

1. The Clerk of Court is directed to transfer this action to the Sacramento Division of the

United States District Court for the Eastern District of California and, upon completion of transfer, to close this case in the Fresno Division.

2. All future filings shall bear the newly assigned Sacramento Division case number.

3. Any filings submitted by mail shall be addressed to:

United States District Court
Eastern District of California
501 "I" Street, Suite 4-200
Sacramento, CA 95814

4. The Court defers ruling on Plaintiff's application to proceed *in forma pauperis* (Doc. 2) to the transferee court.

Dated: November 5, 2026

Helena M. Barch-Kuchta
HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE